## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 26th day of October, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

Corporation Service Company
4845 Jimmy Carter Blvd.
Norcross, GA 30093

Attn: President/Chief Executive Officer
2593 Kennesaw Due West Road, N.W.
Kennesaw, GA 30144

_____
Mary E. Augustine (No. 4477)

606128v1

3